# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CATHY MARIE FREEMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREW M. SAUL, ) <br> Commissioner of the Social Security ) <br> Administration, ) <br> ) <br> Defendant. ) | Case No. CIV-19-923-SLP |

## **ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Gary M. Purcell entered June 2, 2020 [Doc. No. 22]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner is REVERSED and this matter is REMANDED for further proceedings.

IT IS SO ORDERED this 14th day of July, 2020.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE